

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00112-CR

---

MARTIN ESCAMILLA                                         APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1349125R

----------

## MEMORANDUM OPINION[1]

----------

Appellant Martin Escamilla attempts to appeal from his conviction for assault. *See* Tex. Penal Code Ann. § 22.01(b)(2)(A) (West Supp. 2014). Escamilla pleaded guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced him to three years' confinement. The trial

---

[1]*See* Tex. R. App. P. 47.4.

court's certification of his right to appeal states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On April 25, 2014, we notified Escamilla that this appeal could be dismissed based on the trial court's certification unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f). No response has been filed.

In accordance with the trial court's certification, we therefore dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 14, 2014